

*U.S. Department of Justice*

*United States Marshals Service*

*Western District of Pennsylvania*

---

*241 U.S. Post Office and Courthouse*
*7th Avenue and Grant Street*
*Pittsburgh, PA 15219*

August 17, 2005

Susan Paradise Baxter
U.S. Magistrate Judge
U.S. Post Office and Courthouse
7th Avenue and Grant Street
Pittsburgh, Pa.  15219

CASE # **CA-04-0360 Erie**

Dear Judge Baxter,

On **06/22/05** a letter requesting payment for service was mailed to **Steve Bartosek, #EQ-2251 at SCI Rockview, Box A, Bellefonte, Pa.  16823.**

Attached is a copy of the letter.  As of this date payment for service has/have not been received for defendant(s) **SCI Rockview, the Attorney General for the Commonwealth of Pa., and the Erie County District Attorney**.  Therefore, service has not been attempted on this/these named defendant(s).  Please advise this office if further action is taken or needs to be taken.

Sincerely,

Thomas M. Fitzgerald
United States Marshal
Western District of Pennsylvania

By:  Sheila Blessing
     Administrative Assistant
     United States Marshals Service
     Western District Of Pennsylvania