IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVE BARTOSEK,<br>    Petitioner<br><br>v.<br><br>S.C.I. ROCKVIEW, et al.,<br>    Respondents. | C.A. No. 04-360 Erie<br><br>District Judge Cohill<br>Magistrate Judge Baxter |

### AMENDED
### RULE AND ORDER

AND NOW, this 14th day of September, 2005, after Steve Bartosek presented a petition for a writ of habeas corpus,

IT IS ORDERED that the United States Marshal shall make service of this order, together with a copy of the petition, upon the Respondent, the District Attorney of Erie County, and the Attorney General of the Commonwealth of Pennsylvania. **All costs to be advanced by the United States.**

IT IS FURTHER ORDERED that within twenty days of service of this order, the respondent, and the District Attorney of Erie County, Pennsylvania shall respond to the allegations of the petition for writ of habeas corpus. The District Attorney shall address all of the following: 1) the statute of limitations, 28 U.S.C. § 2254(d)(1)-(2); 2) the exhaustion of state court remedies as required by 28 U.S.C. §§ 2254(b) and Picard v. Connor, 404 U.S. 270 (1971); Rose v. Lundy, 455 U.S. 509 (1982); United States ex. rel. Trantino v. Hatrack, 563 F.2d 86 (3d Cir. 1977); Zicarelli v. Gray, 543 F.2d 466 (3d Cir. 1976), with respect to each claim raised by the Petitioner and, if appropriate, whether any of the claims were procedurally defaulted, and 3) the merits of the petition. The answer shall comply with Rule 5 of the Rules Governing Section 2254 cases in the United States District Courts  The District Attorney shall furnish this court with the state court records, including all transcripts, all briefs filed by the Petitioner, and all written opinions of the state courts/agencies as well as certified copies of the docket sheets of all the state courts/agencies involved.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

S/Susan Paradise Baxter
SUSAN PARADISE BAXTER
Chief U.S. Magistrate Judge

cc:   Steve Bartosek  # EQ-2251
      SCI-Rockview
      Box A
      Bellefonte, PA  16823

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVE BARTOSEK,<br>   Petitioner<br><br> v.<br><br>S.C.I. ROCKVIEW, et al.,<br>   Respondents. | C.A. No. 04-360 Erie<br><br>District Judge Cohill<br>Magistrate Judge Baxter |

## AMENDED
## RULE AND ORDER

  AND NOW, this 14th day of September, 2005, after Steve Bartosek presented a petition for a writ of habeas corpus,

  IT IS ORDERED that the United States Marshal shall make service of this order, together with a copy of the petition, upon the Respondent, the District Attorney of Erie County, and the Attorney General of the Commonwealth of Pennsylvania. **All costs to be advanced by the United States.**

  IT IS FURTHER ORDERED that within twenty days of service of this order, the respondent, and the District Attorney of Erie County, Pennsylvania shall respond to the allegations of the petition for writ of habeas corpus. The District Attorney shall address all of the following 1) the statute of limitations, 28 U.S.C. § 2254(d)(1)-(2); 2) the exhaustion of state court remedies as required by 28 U.S.C. §§ 2254(b) and Picard v. Connor, 404 U.S. 270 (1971); Rose v. Lundy, 455 U.S. 509 (1982); United States ex. rel. Trantino v. Hatrack, 563 F.2d 86 (3d Cir. 1977); Zicarelli v. Gray, 543 F.2d 466 (3d Cir. 1976), with respect to each claim raised by the Petitioner and, if appropriate, whether any of the claims were procedurally defaulted, and 3) the merits of the petition. The answer shall comply with Rule 5 of the Rules Governing Section 2254 cases in the United States District Courts  The District Attorney shall furnish this court with the state court records, including all transcripts, all briefs filed by the Petitioner, and all written opinions of the state courts/agencies as well as certified copies of the docket sheets of all the state courts/agencies involved.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

S/Susan Paradise Baxter
SUSAN PARADISE BAXTER
Chief U.S. Magistrate Judge

cc:   Steve Bartosek  # EQ-2251
      SCI-Rockview
      Box A
      Bellefonte, PA  16823



ERIE COUNTY DISTRICT ATTORNEY
ERIE COUNTY COURTHOUSE
ERIE, PA. 16501

4-360E.O/P.9/22/05.SRB



SCI ROCKVIEW
BOX A
BELLEFONTE, PA. 16823

4-360E,O/P,9/22/05,SBB

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7160 3901 9842 8019 7104 | A. Received by (Please Print Clearly) | B. Date of Delivery 9/13 |
| | C. Signature X *Patricia Clear-* ☑ Agent ☐ Addressee | |
| | D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No | |
| 3. Service Type  CERTIFIED MAIL | | |
| 4. Restricted Delivery? (Extra Fee)  ☐ Yes | | |
| 1. Article Addressed to: | | |

ATTORNEY GENERAL COMMONWEALTH OF PA
564 FORBES AVENUE
6TH FLOOR MANOR BLDG
PITTSBURGH, PA. 15219

4-360E.O/P,9/22/05,SRB

PS Form 3811, January 2003                    Domestic Return Receipt