# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVE BARTOSEK, | ) |
|     Petitioner, | ) |
| | ) |
|     v. | ) C.A. NO. 04-360ERIE |
| | ) |
| S.C.I. ROCKVIEW, et al., | ) |
|     Respondents. | ) |

## ORDER

**AND NOW**, this __28th__ day of __October__, 2005, it is hereby ORDERED that upon consideration of the Commonwealth's Motion for Extension of Time to File and Answer to the Writ of Habeas Corpus, it is **ORDERED, ADJUDGED** and **DECREED** that the extension is granted until December 30, 2005.

_____
Susan Paradise Baxter
U.S. Magistrate Judge