# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEVE BARTOSEK,** | ) |
|     Petitioner, | ) |
| | ) |
|     v. | ) C.A. NO. 04-360ERIE |
| | ) |
| **S.C.I. ROCKVIEW, et al.,** | ) |
|     Respondents. | ) |

## **ORDER**

**AND NOW**, this <u>  28th  </u> day of <u>  October  </u>, 2005, it is hereby ORDERED that upon consideration of the Commonwealth's Motion for Extension of Time to File and Answer to the Writ of Habeas Corpus, it is **ORDERED, ADJUDGED** and **DECREED** that the extension is granted until December 30, 2005.

 

_____
Susan Paradise Baxter
U.S. Magistrate Judge