CA 04-360 E

Erie County Clerk of Courts<br>
Erie County Courthouse<br>
140 West Sixth Street<br>
Erie, Pennsylvania, 16501

Re:   **Commonwealth v. Steve Bartosek**
      Lower Court Docket Number 627 of 2000

And

S.C.I. Rockview, et al., Respondents.

   Pursuant to the request made by Magistrate Judge Baxter in the Order, relating to the petition for federal habeas corpus filed at C.A. No. 04-360 Erie, the state court records relative to Erie County docket number(s) 627 of 2000, are hereby transferred to the federal clerk of court for the United States District Court for the Western District of Pennsylvania.

   The undersigned acknowledges receipt of the Erie County Clerk of Court file(s) for docket number(s) **627 of 2000**.

_Jennifer L. Dash_
(Please print name)

_[Signature]_
(Signature)

12-29-05
(Date)